FILED'10 JAN 11 13:21 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE

RICHARD EVERETT LEE GURULE,    )
                               )
                Plaintiff,     )
                               )    Civil No. 09-6013-TC
        v.                     )
                               )    ORDER
CITY OF ROSEBURG, et al.,      )
                               )
                Defendants.    )
_____)

Magistrate Judge Thomas M. Coffin filed his Findings and Recommendation on December 18, 2009. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1    - ORDER

452, 454 (9th Cir. 1983).  Having reviewed the legal principles
de novo, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and
Recommendation.  Defendants' motion to dismiss (#65) is allowed
and plaintiff's claims against defendants Moore, Knott, Crouse,
Carpenter, and Young are dismissed with prejudice.  Plaintiff's
motion to compel discovery (#74) is denied as moot.  This action
is dismissed.

DATED this _____ 8th _____ day of January, 2010.


_____
United States District Judge

2    - ORDER